IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE LEE,

        Plaintiff,                    ORDER

v.

                                          08-cv-658-bbc

WILLIAM CHARLEBOIS,

        Defendant.

---

On June 23, 2009, plaintiff filed a motion to compel responses to his first set of interrogatories and request for production of documents. He had served his requests on defendant on May 22, 2009. Then, he had written defendant's counsel that, because he was being transferred to Columbia Correctional Institution, defendant could respond to his discovery requests by June 30, 2009. Defendant sent his responses to plaintiff on June 30, 2009. Therefore, plaintiff's motion to compel will be denied.

ORDER

IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #30, is DENIED.

Entered this 1st day of July, 2009.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge