IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE LEE,

        Plaintiff,

v.

WILLIAM CHARLEBOIS,

        Defendant.

ORDER

08-cv-658-bbc

---

On February 11, 2009, I entered a pretrial conference order in this case requiring that dispositive motions be filed not later than August 10, 2009 and that discovery could continue through December 18, 2009. Now plaintiff moves to modify the pre-trial conference order.

In his motion, plaintiff states that he believes the court made a mistake in its scheduling order by setting the dispositive motions deadline prior to the discovery cut-off date. He asks either that the deadlines be switched or that he be given a 90 day extension to file his dispositive motion.

The court did not make an error in setting the deadlines. Discovery may continue after dispositive motions are filed. Further, the discovery cut-off date does not preclude discovery from being completed earlier. In fact plaintiff has undertaken discovery and will receive his response to his request for admissions on July 25, 2009. The court will not switch the deadlines.

In the alternative, plaintiff requests a 90 day extension to file his dispositive motion which is now due on August 10, 2009. He states that because he was in the Hennepin County Jail in Minnesota from January to June he did not have access to a law library. Because he has

shown good cause for a short extension, I will modify the pretrial conference order to require that dispositive motions be filed no later than August 25, 2009.

ORDER

IT IS ORDERED that plaintiff's motion to modify the pretrial conference order, dkt. #29 is PARTIALLY GRANTED. Dispositive motions are to be filed no later than August 25, 2009.

Entered this 9th day of July, 2009.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

2