IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE LEE,

    Plaintiff,

v.

WILLIAM CHARLEBOIS and
CITY OF PORTAGE POLICE
DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-658-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

By: _Lynn Kaul_, Deputy Clerk          8-31-09
    Peter Oppeneer, Clerk of Court          Date